No. 12,442.

WAYMIRE v. THE BOARD OF COMMISSIONERS OF JASPER
COUNTY ET AL.

From the Jasper Circuit Court.

*E. P. Hammond*, for appellant.

· *F. W. Babcock* and *S. P. Thompson*, for appellees.

MITCHELL, J.—The appellant presented an itemized claim for thirty-eight dollars and eighty cents to the board of commissioners of Jasper county, of which he was a member.

The claim purported to be for services voluntarily rendered in attending, without subpœna, the trial of a lawsuit against the county, procuring witnesses on its behalf, and for time and money expended in that connection. The claim was allowed by the board, the claimant being at the time of such allowance a member, and the presiding officer of such board.

An appeal was duly perfected to the circuit court from the order of allowance. In the circuit court a motion was made to dismiss the appeal. This was overruled. Such further proceedings were had as resulted in the dismissal of the claimant's suit by the circuit court, at the appellant's costs. From this an appeal is prosecuted.

The case is in no way distinguishable from *Waymire* v. *Powell*, *ante*, p. 328, and upon the authority of that case the judgment of the circuit court is affirmed, with costs.

Filed Feb. 11, 1886.

---

No. 12,307.

LOCKWOOD v. CHAMBERS ET AL.

From the DeKalb Circuit Court.

*W. L. Penfield* and *H. J. Shafer*, for appellant.

*J. E. Rose*, for appellees.

HOWK, J.—In this case, the same questions are presented for our decision, in substantially the same way, as those which were considered and decided by this court in *Lockwood* v. *Ferguson*, *ante*, p. 380. Upon the authority of the case cited, this case must be decided as that was decided. See, also, *Storms* v. *Stevens*, 104 Ind. 46, where the questions referred to are more fully considered.

The judgment is reversed with costs, and the cause remanded with instructions to sustain the demurrer to the complaint.

Filed Feb. 13, 1886.